UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2009 DEC 17  A 10: 11

_____
BY DEPUTY CLERK

CARL ALVIN BALDWIN (#511224)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NO. 09-53-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated November 9, 2009 (doc. no. 9). The plaintiff has filed an objection and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the plaintiff's complaint is DISMISSED without prejudice for failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a), and with prejudice to refiling them in forma pauperis status.

Baton Rouge, Louisiana, this 17th day of December, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA